UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOISES CIBRIAN, ) <br> ) <br> Defendant. ) | Case No. 12CR3051-JM <br><br> ORDER AND JUDGMENT TO DISMISS <br> THE INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 12CR3051-JM against defendant MOISES CIBRIAN be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 8/10/12.

HONORABLE WILLIAM McCURINE
United States District Judge